# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1475.  MORRIS DURDEN et al. v. GARY MICHAEL JEFFERS.**

Plaintiffs Morris Durden and Nikitrice Jones filed this direct appeal following the trial court's order granting Gary Michael Jeffers's motion for attorney fees pursuant to OCGA § 9-15-14.  We, however, lack jurisdiction.

Appeals from orders granting or denying attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10).  Plaintiffs' failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal.  See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 842 (560 SE2d 730) (2002); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  03/17/2020
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.